# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

146983

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC:  146983
                                   COA:  309805
                                   Lake CC:  00-003594-FC

MARIO CAVIN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013 _____



Clerk

p0722